IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRACE G. SIMMS, | ) | Case No. 3:17-cv-201 |
| | ) | |
| Plaintiff, | ) | JUDGE KIM R. GIBSON |
| | ) | |
| v. | ) | |
| | ) | |
| PENNSYLVANIA STATE UNIVERSITY—ALTOONA, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

AND NOW, this 8th day of January, 2019, upon consideration of the parties' Stipulation for Dismissal with Prejudice (ECF No. 38), **IT IS HEREBY ORDERED** that the Stipulation is **GRANTED**. This case is hereby dismissed with prejudice. **IT IS FURTHER ORDERED** that the telephonic status conference scheduled for January 10, 2019 at 1:30 p.m. is hereby cancelled.

BY THE COURT:

*/s/ Kim R. Gibson*

KIM R. GIBSON
UNITED STATES DISTRICT JUDGE